IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:99CR264 |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| | ) | |
| BRYON SCOTT SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the claims presented

in the defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct

Sentence by a Person in Federal Custody are denied and dismissed with prejudice.

DATED this 12th day of August, 2005.

BY THE COURT:


s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge